UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-4699 |
| | ) |
| WILLIAM P. BUTCHER AS SPECIAL | ) |
| REPRESENTATIVE FOR THE ESTATE OF | ) Judge: Thomas M. Durkin |
| MARY A. BRIGGS; WILLIS BRIGGS; | ) |
| SHIRLEY OSTRUM a/k/a SHIRLEY OSTROM; | ) |
| UNKNOWN HEIRS AND LEGATEES OF MARY | ) |
| A.BRIGGS; UNKNOWN OWNERS AND | ) |
| NON-RECORD CLAIMANTS, | ) Magistrate Judge: Young B. Kim |
| Defendants. | ) |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.coM

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on January 24, 2014, and on the following non-ECF filers by first class mailing:

William Butcher, Special Representative
for the Estate of Mary A. Briggs
2044 Ridge Road
Homewood, IL  60430

Willis Briggs
766 North Elmwood Drive
Aurora, Illinois  60506

Shirley Ostrum a/k/a Shirley Ostrom
4040 W Peoria Avenue, Apt 1094
Phoenix, AZ  85029

Unknown Heirs and Legatees of
Mary A. Briggs
766 North Elmwood Drive
Aurora, Illinois 60506

Unknown Owners and Non-Record Claimants
766 North Elmwood Drive
Aurora, Illinois  60506

    *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com